1  **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                            **(HONORABLE NITA L. STORMES)**

11  UNITED STATES OF AMERICA,           )  Case No. 07MJ2738
                                        )
12         Plaintiff,                   )
                                        )
13  v.                                  )  **NOTICE OF APPEARANCE**
                                        )
14  **SAUL ROMERO-RAMOS**,              )
                                        )
15                                      )
           Defendant.                   )
16  _____ )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

18  R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19  the above-captioned case.

20                                      Respectfully submitted,

21

22  Dated: November 30, 2007            /s/ *Robert R. Henssler, Jr.*
                                        **ROBERT R. HENSSLER, JR.**
23                                      Federal Defenders of San Diego, Inc.
                                        Robert_Henssler@fd.org
24                                      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 30, 2007			*/s/ Robert R. Henssler, Jr.*
						**ROBERT R. HENSSLER, JR.**
						Federal Defenders of San Diego, Inc.
						Robert_Henssler@fd.org