UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Gilberto Ramirez-Ramos ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07CR3299-JM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 79995098 |

On order of the United States District/Magistrate Judge,  **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Manuel Perez-Anaya

DATED: 12-6-07

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082