
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Gilberto Ramirez-Ramos )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07CR3299-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 79995098 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Maria Soledad Baez-Lopez

DATED: 12-6-07

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082