AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

DEC 6 2007

DISTRICT COURT
OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GILBERTO RAMIREZ-RAMOS,<br>aka Saul Romero-Ramos,<br>aka Jose Efrain Medrano-Ramirez, | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 07CR3299-JM |

I, GILBERTO RAMIREZ-RAMOS, aka Saul Romero-Ramos, aka Jose Efrain Medrano-Ramirez, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/6/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gilberto Ramirez R_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer